# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30185

United States Court of Appeals
Fifth Circuit

**FILED**

May 30, 2018

Lyle W. Cayce
Clerk

SHELBY TRAHAN, on behalf of Adam James Trahan,

Plaintiff-Appellant,

v.

WAYNE MELANCON, individually and in his official capacity;
TYLER BROUSSARD, individually and in his official capacity;
CONAN SMITH, individually and in his official capacity,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:14-CV-722

Before REAVLEY, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Shelby Trahan appeals the ruling of the district court that (1) granted summary judgment on his federal claims in favor of Defendants-Appellees Wayne Melancon, Tyler Broussard, and Conan Smith; and (2) dismissed his state law claims after declining to exercise supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367. We heard oral argument and have

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 17-30185

carefully reviewed the record on appeal, including the briefs of the parties and the district court's Memorandum Ruling of February 21, 2017, in explication of its Judgment of that date. We are persuaded that summary judgment was correctly granted and that the state law claims were properly dismissed.

For essentially the same reasons set out by the district court in its above-mentioned Memorandum Ruling, its Judgment is, in all respects, **AFFIRMED**.